OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
OFFICE BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES
ZIP 78701 $ 000.27⁵
02 1W
0001401603 OCT 15 2015

10/14/2015
JERNIGAN, GARY DEWAYNE Sr. Tr. Ct. No. 8112-B     WR-52,610-04
The Court has dismissed without written order this subsequent application for a writ of habeas corpus. TEX. CODE CRIM. PROC. Art. 11.07, Sec. 4(a)-(c).

Abel Acosta, Clerk

Dsch.
12/2/14

GARY DEWAYNE JERNIGAN SR.
ESTELLE UNIT - TDC #639024
264 FM 3478
HUNTSVILLE, TX 77320-3322

UTF

UTF